**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FL**

**CASE NO. 502017CA003149XXXXMB**

Garage Memories, LLC, and
Shawn Friedman,
     Plaintiffs,
v.
Forever Current Studios LLC,
    Defendant.

Forever Current Studios LLC,
   Counter-Plaintiff,
v.
Garage Memories, LLC, Shawn
Friedman and (pending joinder)
Marvin Friedman,
   Counter-Defendants
_____/

**<u>DEFENDANT FOREVER CURRENT STUDIOS LLC</u>**

**<u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>**

  **PLEASE TAKE NOTICE THAT** on April 18, 2017, Defendant in the above-captioned action, Forever Current Studios LLC, removed this action to the United States District Court for the Southern District of Florida, West Palm Beach Division, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is annexed hereto as Exhibit A. Accordingly, and pursuant to 28 U.S.C. § 1446 (d), this Court may proceed no further unless and until the case is remanded.

Dated: April 18, 2017

Respectfully Submitted,

/s/ <u>Barry Oliver Chase</u>
Florida Bar Number 83666
Email: barry@chaselawyers.com

/s/ <u>Gregory Bloom</u>
Florida Bar Number 76846
Email: greg@chaselawyers.com
Tel: (305) 373-7665
Fax: (305) 373-7668
21 SE 1st Ave., Suite 700
Miami, FL 33131
Attorneys for Defendant
Forever Current Studios LLC.

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2017, I electronically filed the foregoing with the Clerk of Court by using the ECF system, and that a true and correct copy of the foregoing was furnished via court electronic service to all counsel of record.

/s/ <u>Barry Oliver Chase</u>

2

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FL**

**CASE NO. 502017CA003149XXXXMB**

Garage Memories, LLC, and
Shawn Friedman,
                    Plaintiffs,
v.
Forever Current Studios LLC,
                    Defendant.

Forever Current Studios LLC,
          Counter-Plaintiff,
v.
Garage Memories, LLC, Shawn
Friedman and (pending joinder)
Marvin Friedman,
          Counter-Defendants
_____/

# EXHIBIT A TO:

# DEFENDANT FOREVER CURRENT STUDIOS NOTICE OF FILING NOTICE OF REMOVAL

# (Filed April 18, 2017)